IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

N.B., by and through his legal guardian, :
advocate, and next friend, L.K.,
:
    Plaintiff,
:
vs.                                               CA 12-0012-KD-C
:
DEMOPOLIS CITY BOARD OF
EDUCATION,                            :

    Defendant.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 29, 2012 is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the real party defendant in interest in this case, the Demopolis City Board of Education, be substituted for Robert Alvin Griffin in the style of this cause, and further, that Griffin's motion to dismiss (Doc. 4) is **GRANTED**.

**DONE** this 19th day of March, 2012.

                                                      s/ Kristi K. DuBose
                                                      **KRISTI K. DuBOSE**
                                                      **UNITED STATES DISTRICT JUDGE**